UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO GRADILLAS, | ) | Case No. CV 09-2238-JVS(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF UNITED |
| KELLY HARRINGTON, Warden, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.

The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

```
 1        IT IS ORDERED that judgment be entered denying the petition for
 2   writ of habeas corpus and dismissing this action with prejudice.
 3
 4        June 29, 2009
 5   DATED:  _____        _____
                                                  JAMES V. SELNA
 6                                           UNITED STATES DISTRICT JUDGE
```