UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO GRADILLAS | ) | Case No. CV 09-2238-JVS(CT) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:  June 29, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE